IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TROY KELVIN CURRY-
PENNAMON,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5139

Opinion filed July 1, 2016.

Petition Alleging Ineffective Assistance of Appellate Counsel.

Troy Kelvin Curry-Pennamon, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Virginia Harris, Assistant Attorney General, for Respondent.

PER CURIAM.

     DENIED on the merits.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.